JOHN W. PRATT, Respondent, *v.* CHARLES PECKHAM, Appellant.

(Argued October 31, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 30, 1887, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*William B. Fuller* for appellant.

*Giles S. Piper* for respondent.

Agree to affirm; no opinion.

All concur, except FOLLETT, Ch. J., and HAIGHT, J., not sitting.

Judgment affirmed.